WHITE, GRATWICK & MITCHELL, INC., Respondent, v. EMPIRE ENGINEERING COMPANY, INC., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CLOVER CREST STOCK FARM, INC., Respondent, v. PACIFIC FIRE INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment modified by reducing the allowance on large shed from $200 to $92.30 and upon farm tools from $800 to $400, making a reduction in the total allowance from $2,570.60 to $2,062.80; and reducing the interest from $1,041.58 to $835.85; thus reducing the amount of the judgment, including costs, from $3,953.21 to $3,239.68. Finding of fact No. 15 is in part disapproved and reversed and a new finding made. Conclusion of law No. 1 is amended to include $800 on farming tools, making in all the sum of $2,250, and as so modified the judgment, together with the order, is affirmed, without costs of this appeal to either party. Settle order before Crouch, J., on two days' notice. All concur. Present — Hubbs, P. J., Clark Davis, Sears and Crouch, JJ.

A. B. FAIRBANK, Respondent, v. MAYNARD BELL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE MITCHELL, Appellant.— Judgment of conviction and orders affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALBERT S. ALLEN, JR., and Another, as Administrators, etc., of ALBERT S. ALLEN, Deceased, Respondents, v. GENERAL ELECTRIC COMPANY and Another, Appellants.— Judgment and order reversed on the facts and new trial granted, with costs to appellants to abide the event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $25,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence upon the question of damages and is excessive. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BERTHA M. SULLIVAN, Respondent, v. EMPIRE STATE LIFE ASSURANCE SOCIETY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CITY OF OLEAN, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CECILE AIGNER, Respondent, v. ROBERT AIGNER, Appellant.— Order reversed, without costs, and motion denied, without costs, on the authority of Cain v. Cain (188 App. Div. 780); Matter of Warren (207 id. 793); Rosenblatt v. Rosenblatt (209 id. 373); Landes v. Landes (170 id. 898); Davis v. Davis (195 id. 430). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.